ALEXANDER, APPELLANT, *v.* BancOhio National Bank, Appellee.

[Cite as *Alexander v. BancOhio Natl.*
*Bank* (1992), 62 Ohio St.3d 409.]

(No. 91–588—Submitted September 17, 1991—Decided January 29, 1992.)

*James I. Alexander, pro se.*

*McFadden & Winner* and *Joseph C. Winner,* for appellee.

---

*Per Curiam.* The court of appeals did not have jurisdiction. Section 3, Article IV, Ohio Constitution. Consequently, we affirm the judgment of the court of appeals.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

ALEXANDER, APPELLANT, *v.* CAREY, APPELLEE.

[Cite as *Alexander v. Carey* (1992), 62 Ohio St.3d 409.]

(No. 91–587—Submitted September 17, 1991—Decided January 29, 1992.)

*James I. Alexander, pro se.*

*Per Curiam.* The court of appeals did not have jurisdiction. Section 3, Article IV, Ohio Constitution. Consequently, we affirm the judgment of the court of appeals.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

FRESHOUR, APPELLANT, *v.* TATE, WARDEN, APPELLEE.

[Cite as *Freshour v. Tate* (1992), 62 Ohio St.3d 410.]

(No. 90–2134—Submitted July 31, 1991—Decided January 29, 1992.)